USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>EMAGIN CORPORATION, ERIC BRADDOM, PAUL CRONSON, ELLEN RICHSTONE, ANDREW G. SCULLEY, STEPHEN M. SEAY, and JILL J. WITTELS,<br><br>        Defendants. | **MEMORANDUM ENDORSED**<br>Case No. 1:23-cv-07008-GHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Robert Scott ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: September 6, 2023 | Respectfully Submitted,<br><br>*/s/ Richard A. Acocelli*<br>Richard A. Acocelli<br>**ACOCELLI LAW, PLLC**<br>33 Flying Point Road, Suite 131<br>Southampton, NY 11968<br>Tel: (631) 204-6187<br>Email: racocelli@acocellilaw.com<br><br>*Attorneys for Plaintiff* |

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 6, 2023
New York, New York

                                    GREGORY H. WOODS
                                  United States District Judge